UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HAI HUI MEI,
        Plaintiff,

vs.

CASE NO. 15-CV-62483-LENARD
MAGISTRATE JUDGE GOODMAN

DAVIE MARKETPLACE, LLC, a
Limited Liability Company, d/b/a
FOODTOWN and SEEMA DHAWAN,
Individually,
        Defendants.
_____/

## DEFENDANTS' NOTICE OF CONSENT TO MAGISTRATE JURISDICTION FOR APPROVAL OF SETTLEMENT

Defendants, Davie Marketplace, LLC, a Limited Liability Company, d/b/a Foodtown and Seema Dhawan, by their undersigned counsel, hereby consent to the jurisdiction of Magistrate Judge Jonathan Goodman, for the purpose of approving the settlement in this case.

Respectfully submitted,

Mark J. Berkowitz, P.A.
Attorney for Defendants
800 S.E. Third Avenue
Suite 400
Ft. Lauderdale, Florida 33316
(954) 527-0570 Telephone
(954) 767-0483 Telecopier
Fla. Bar No. 369391
E-mail: labor@markjberkowitz.com

/s/ Mark J. Berkowitz
Mark J. Berkowitz

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by the Court's electronic filing system, CM/ECF, on this 2nd day of March, 2016, to Fiorella Del Aguila, Esq., Law Offices of Tony Pornprinya, 1555 N.E. 123rd Street, Miami, Florida 33161.

/s/ Mark J. Berkowitz
Mark J. Berkowitz