UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 15-62483-CIV-LENARD/GOODMAN

HAI HUI MEI
Plaintiff,

vs.

DAVIE MARKETPLACE, LLC., a
Limited Liability Company d/b/a FOODTOWN,
and SEEMA DHAWAN, individually

Defendants.
_____/

## Attorney's Fees and Costs

| Activity | Hours worked |
|---|---|
| Met with client and reviewed documents | 1.5 |
| Prepare complaint for state filing | 2.00 |
| Met with client | 1.00 |
| Reviewed documents for response of transfer to Federal Court | .5 |
| Prepared certificate of interested persons | .25 |
| Prepared notice of refiling | .5 |
| Prepared notice of claim | .75 |
| Prepared notice of compliance | .25 |
| Conference call with opposite counsel for scheduling order | .5 |
| Review scheduling order | .5 |
| Prepare computation of damages | 2.00 |
| Prepare mediation letter | 1.00 |
| Met with client regarding mediation | 1.00 |
| Mediation – March 2, 2016 | 4.00 |
| **Total Hours Worked** | **15.75   hours** |

Costs:
Filing in state court: $ 413.03
Issuance of Summons: $ 20.60
Service of Summons: $130.00
Total:$ 563.63

15.75 hours ($300.00 per hour) = $4,425.00
$4,425.00 in fees + $563.63 in costs = **$4,988.63 in attorney's fees and costs**

# CLOSING STATEMENT

## Hai Hui Mei v. Davie Marketplace, LLC
CASE No. 15-62483-CIV-LENARD/GOODMAN

| | |
|---|---|
| **SETTLEMENT** | $ 6,000.00 |
| *REDUCED ATTORNEY'S FEES* <br> *($4,425.00 - $1,988.63)* | $ 2,436.37 |
| EXPENSES AND COSTS <br> Filing in state court: $ 413.03 <br> Issuance of Summons: $ 20.60 <br> Service of Summons: $130.00 | $  563.63 |
| BALANCE | $ 3,000.00 |
| NET PROCEEDS TO CLIENT | $ 3,000.00 |

Accepted by _____
Hai Hui Mei

Date  3-14-2016

**Fiorella Del Aguila**

| | |
|---|---|
| **From:** | noreply@myflcourtaccess.com |
| **Sent:** | Thursday, October 22, 2015 11:29 AM |
| **Subject:** | Processing Completed for Filing # 33544719 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Tony Pornprinya:

This email verifies the processing of your Filing # **33544719** with the Broward County, Florida Circuit Civil Division.

| | |
|---|---|
| Status: | **Accepted** |
| Filing Date/Time: | 10/22/2015 10:30:14 AM |
| UCN: | 062015CA018696AXXXCE |
| Clerk Case #: | CACE-15-018696 |
| Case Style: | Hai Hui Mei VS Davie Marketplace, LLC. et al. |
| Matter #: | |
| Memo: | |
| Filing Fee: | $401.00 |
| All Complaint: | $0.00 |
| Statutory Convenience Fee: | $12.03 |
| Total Paid: | $413.03 |
| Fee Status: | Processing |
| Paid By: | Pay By Credit/Debit Card |
| MFC Order #: | 14077182 |

## Documents

| # | Document Type | Status | Filing Date | Rejection Reason |
|---|---|---|---|---|
| 1 | All Civil Cover Sheet | Accepted | 10/22/2015 | |
| 2 | Complaint/Statements of Claim Complaint | Accepted | 10/22/2015 | |

## Fees

1

**Fiorella Del Aguila**

| | |
|---|---|
| **From:** | noreply@myflcourtaccess.com |
| **Sent:** | Friday, October 23, 2015 9:37 AM |
| **Subject:** | Filing Received |

Dear Tony Pornprinya:

This email verifies the receipt of 2 documents submitted by you to Broward Circuit Civil on 10/23/2015 09:36:50 AM.

| | |
|---|---|
| UCN: | 062015CA018696AXXXCE |
| Clerk Case #: | CACE-15-018696 |
| Case Style: | MEI, HAI HUI VS DAVIE MARKETPLACE, LLC. |
| Document Title: | eSummons Issuance<br>eSummons Issuance |
| Matter #: | |
| Memo: | |
| Filing Fee: | $0.00 |
| Summons for Clerk Issuance eSummons Issuance: | $20.00 |
| Statutory Convenience Fee: | $0.60 |
| Total Fee: | $20.60 |
| Fee Status: | Assessed |
| Paid By: | Pay By Credit/Debit Card |
| MFC Order #: | 14086130 |

**The E-Portal reference number of this filing is: 33594546.** Please reference this Filing # in any correspondence.

You will receive a follow-up email when your filing has been docketed with the Clerk. At that time, the fee settlement will be transmitted to your banking institution for payment. You, as the filer are responsible for fee payment. If there are any issues with payment processing, you will be contacted by the Civitek Banking Department.

Follow us on Twitter @FLCourtsEFiling

Subscribe to our YouTube Channel https://www.youtube.com/user/FLCrtsEFilingPortal

View the Training Manualshttps://www.myflcourtaccess.com/authority/trainingmanuals.html

1

Lance Randall, Inc.
(Process Service & Litigation Support)
1011 South Federal Highway
Hollywood, FL 33020
Phone: (954) 944-3900
Fax: (954) 963-5186
65-1091980

**INVOICE**

Invoice #LRA-2015013707
11/16/2015



Tony Pornprinya, Esq.
LAW OFFICES OF TONY PORNPRINYA
1555 Ne 123rd St
North Miami, FL 33161

**Case Number: BROWARD CACE-15-18696**

Plaintiff:
**HAI HUI MEI,**

Defendant:
**DAVIE MARKETPLACE, LLC.,**

Received: 11/2/2015   Served: 11/6/2015 8:41 am   SUBSTITUTE (PRIVATE MAILBOX)
To be served on: DAVIE MARKETPLACE, LLC., BY SERVING ITS REGISTERED AGENT SEEMA DHAWAN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Most Florida Counties) | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |

**BALANCE DUE:**  $65.00

Please enclose a copy of invoice with your payment. A $5.00 late fee is added every 30 days.
pay all costs of collections including Attorney's Fees.
In Loving Memory of Lenny Randall (1940 - 2002).

Customer agrees to

Page 1 / 1

Copyright © 1992-2015 Database Services, Inc. - Process Server's Toolbox V7.1b

Lance Randall, Inc.  
(Process Service & Litigation Support)  
1011 South Federal Highway  
Hollywood, FL 33020  
Phone: (954) 944-3900  
Fax: (954) 963-5186  
65-1091980

**INVOICE**

Invoice #LRA-2015013706  
11/16/2015



Tony Pornprinya, Esq.  
LAW OFFICES OF TONY PORNPRINYA  
1555 Ne 123rd St  
North Miami, FL 33161

**Case Number: BROWARD CACE-15-18696**

Plaintiff:  
**HAI HUI MEI,**

Defendant:  
**DAVIE MARKETPLACE, LLC.,**

Received: 11/2/2015   Served: 11/6/2015 8:35 am   SUBSTITUTE (RESIDENTIAL)  
To be served on: SEEMA DHAWN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Most Florida Counties) | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |

**BALANCE DUE:**                                                                                                   **$65.00**

Please enclose a copy of invoice with your payment. A $5.00 late fee is added every 30 days.  
pay all costs of collections including Attorney's Fees.  
In Loving Memory of Lenny Randall (1940 - 2002).

Customer agrees to

Page 1 / 1